# APPENDIX.

ABBY SCRIBNER, Appellee, v. J. H. YORK, Appellee, and BENTLY WORTH, Appellant.

Foreclosure of Mortgage: DECREE.

*Appeal from Polk District Court.*—HON. CHARLES A. BISHOP, Judge.

FRIDAY, MAY 12, 1893.

THIS is an action in equity to foreclose a mortgage on real estate given by the defendant York to the plaintiff. The defendant Bently Worth and others were made defendants, as having some interest. The defendant Worth alone appeared and answered. . A decree was entered in favor of the plaintiff, from which the defendant Worth appeals.— *Affirmed.*

*H. E. Long,* for appellant.

*St. John & Stevenson,* for appellee.

GIVEN, J.—The appellant, Bently Worth, sets up as his defense the decrees as originally entered in the three cases of *Bently Worth v. Ira P. Wetmore et al.* The record shows that subsequently these decrees were amended by the district court by providing that they should not prejudice the rights of this plaintiff under her prior mortgage. The action of the district court was affirmed on the appeal of said cases to this court. See 87 Iowa 62. As thus amended and affirmed, the appellant's defense must fail, and the decree of the district court is, therefore, AFFIRMED.